**Coy R. PHELPS, Plaintiff–Appellant,**

v.

**Art BEELER; John Ashcroft; Cathy Hawks, Defendants–Appellees.**

No. 02–7429.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 4, 2002.

Coy R. Phelps, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Coy R. Phelps appeals the district court's order dismissing his action brought pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Phelps v. Beeler,* No. CA–02–501–5–H (W.D.N.C. Sept. 5, 2002). We deny Phelps' motion for hearing en banc and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*